HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HEATHER HULIT,<br><br>Plaintiff<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and AETNA LIFE INSURANCE COMPANY,<br><br>Defendants. | No. 2:23-cv-00461-TL<br><br>STIPULATION AND [PROPOSED] ORDER DECLARING PLAINTIFF'S RIGHTS TO BENEFITS AND DISMISSING ACTION<br><br>NOTED FOR: 09/15/2023 |

Plaintiff Heather Hulit and Defendants Hartford Life and Accident Insurance Company and Aetna Life Insurance Company, through their respective counsel, hereby stipulate as follows:

1. Amazon Corporate, LLC ("Amazon") employed Plaintiff.

2. Amazon provides long-term disability ("LTD") insurance to its employees under an ERISA-governed employee welfare benefit plan ("the Plan").

3. Plaintiff is a "participant," within the meaning of 29 U.S.C. § 1002(7), of the Plan.

4. Plaintiff is a "beneficiary," within the meaning of 29 U.S.C. § 1002(8), of the Plan.

5. Aetna Life Insurance Company ("Aetna") issued an insurance policy to Amazon to fund and insure the Plan's LTD benefits, Policy No. 866242-GIA ("the Policy").

6. In 2017, Hartford Life and Accident Insurance Company ("Hartford") purchased Aetna's group life and disability insurance business. Hartford reinsured all liabilities arising under the terms of the Policy, and now administers claims arising under the Policy, including Plaintiff's claim.

7. Plaintiff became disabled within the meaning of the Plan and/or Policy on or about February 29, 2016. Following a 180-day "Elimination Period," Aetna began paying Plaintiff disability benefits effective August 27, 2016.

8. On or about August 9, 2022, Defendants terminated Plaintiff's disability benefit claim and advised her it had determined she was not disabled within the meaning of the Plan.

9. Plaintiff appealed that benefit termination.

10. Defendants denied Plaintiff's appeal on or about March 23, 2023.

11. Plaintiff thereafter commenced this civil action under the Employee Retirement Income Security Act (ERISA), 29 U.S.C. § 1001 *et seq.*, and specifically under 29 U.S.C. § 1132(a)(1)(B). She sought, among other relief, a declaration that she has been continuously disabled within the meaning of the Plan since on or about August 9, 2022; that she has been eligible for and entitled to receive long-term disability benefits since that date; and an order that Defendants pay her the long-term disability benefits owing since that date, with prejudgment interest. She also sought an award of her attorney's fees and costs in this action.

12. The parties now stipulate and agree that Aetna and Hartford have agreed not to dispute that Plaintiff has been and remains disabled within the meaning of the Plan since August

9, 2022. This stipulation does not affect Plaintiff's rights to future benefits under the terms of the Plan after entry of the subjacent Order, and Plaintiff must continue to meet the terms of the Plan in order to continue to receive long-term disability benefits.

13. Defendants have paid Plaintiff the long-term disability benefits due and owing her since August 9, 2022, together with prejudgment interest.

14. Defendants have paid Plaintiff's attorneys fees and costs incurred in this action.

15. The parties wish to resolve the claims presented by Plaintiff's civil action and to dismiss this action and all claims asserted herein.

Based on the preceding Stipulation, the parties respectfully request that the Court enter the subjacent Order declaring Plaintiff's rights under the Plan and dismissing this action.

DATED this 15th day of September 2023.

LAW OFFICE OF MEL CRAWFORD

By s/*Mel Crawford*
   Mel Crawford, WSBA # 22930
   melcrawford@melcrawfordlaw.com
Attorney for Plaintiff

JENSEN MORSE BAKER PLLC

By s/*Sarah E. Swale*
   Sarah E. Swale, WSBA No. 29626
   sarah.swale@jmblawyers.co
Attorney for Defendants

**ORDER**

Based on the preceding Stipulation of the parties, the Court hereby Declares and Orders as follows:

The parties have agreed not to dispute that Plaintiff Heather Hulit has been and remains disabled under the terms of Policy No. 866242-GIA and under the ERISA-governed employee benefit plan described above in Paragraph 2, since August 9, 2022, and eligible and entitled to receive long-term disability benefits under the Plan and the Policy since that date.

This action and all claims asserted herein are dismissed with prejudice.

IT IS SO ORDERED this 15th day of September, 2023.

*[signature]*

Tana Lin
United States District Judge